■ JESSICA LAUSELL, Appellant, v CITY OF NEW YORK et al., Respondents. [62 NYS3d 269]—

Order, Supreme Court, Bronx County (Elizabeth A. Taylor, J.), entered July 20, 2016, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendants sustained their initial burden through the testimony and affidavit of the building manager, plaintiff, the assistant principal, and plaintiff's daughter, as well as with the log book entries, which demonstrated that there was a path that was cleared of snow and ice at the crosswalk and on the sidewalk in front of the Marion Avenue entrance to the building; and that the building manager had inspected the area where plaintiff fell 80 minutes before her accident and it was free of snow and ice (*see Herrera v E. 103rd St. & Lexington Ave. Realty Corp.*, 95 AD3d 463 [1st Dept 2012]).

The court properly found that plaintiff failed to raise a triable issue of fact concerning defendants' notice of the hazardous condition and as to defendants' negligence (*see McKenzie v City of New York*, 116 AD3d 526, 527 [1st Dept 2014]). Even if plaintiff's testimony that she did not climb over a mound of

snow to access the sidewalk on Webster Avenue was accepted, despite the contrary testimony by the assistant principal and plaintiff's daughter, it was undisputed that plaintiff nevertheless elected to cross the street mid-block, wearing sneakers, and ignored the clear crosswalk and path on Marion Avenue (*see Zayas v New York City Hous. Auth.*, 115 AD3d 485 [1st Dept 2014]). Concur—Renwick, J.P., Kapnick, Gesmer and Kern, JJ.